**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 1:25-cv-03011 |
| | ) |
| THE GOLF VILLAS OF WHITE EAGLE CLUB CONDOMINIUM HOA, PROPERTY MANAGEMENT SPECIALISTS, LTD., and LATEEFAH STANFORD, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff FEDERAL INSURANCE COMPANY hereby dismisses this action against all defendants without prejudice.

Dated: March 25, 2025

                                              Respectfully submitted,

                                              **WALKER WILCOX MATOUSEK LLP**

                                              /s/ Joyce F. Noyes
                                              Christopher A. Wadley
                                              Joyce F. Noyes
                                              cwadley@walkerwilcox.com
                                              jnoyes@walkerwilcox.com
                                              One North Franklin Street, Suite 3200
                                              Chicago, IL 60606-3610
                                              (312) 244-6700 – Telephone

                                              Attorneys for Plaintiff
                                              **FEDERAL INSURANCE COMPANY**

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 25, 2025, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, which will send notification of such filing to all counsel of record. The Defendants, which have not filed an appearance, will be provided notification via their contacts, Susan Spear (susan.spears@fsresidential.com) and Alexandra Carmigiano (ACarmigiano@psimanagement.net) via email.

        /s/Joyce F. Noyes